PAMELA L. COX – SBN 191883
EDWARD S. KIM – SBN 249818
**HEMAR, ROUSSO & HEALD, LLP**
15910 Ventura Boulevard, 12th Floor
Encino, California 91436
Telephone: (818) 501-3800
Facsimile: (818) 501-2985

Attorneys for Plaintiff
XEROX CORPORATION, a New York Corporation

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

JS-6

| | |
|---|---|
| XEROX CORPORATION, a New York corporation,<br><br>PLAINTIFF<br><br>vs.<br><br>PLANETOUT INC., a Delaware corporation.<br><br>DEFENDANT | CASE NO.: CV 11-7855 PA (JEMx)<br><br>[~~PROPOSED~~] ORDER TO DISMISS ACTION WITHOUT PREJUDICE |

Based on the Stipulation to Dismiss Action Without Prejudice, executed concurrently herewith, and good cause appearing:

IT IS HEREBY ORDERED that the Case No. CV 11-7855 PA (JEMx) is dismissed Without Prejudice.

DATED: 1/19, 2012

_____
United States District Judge

1

[PROPOSED] ORDER TO DISMISS ACTION WITHOUT PREJUDICE